THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VERITY SOLUTIONS GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> HEALTHSTREAM, INC., VERITY INC., a HealthStream company, <br><br> Defendants. | No. 2:18-cv-00235-MJP <br><br> STIPULATION AND [REDACTED] ORDER RE NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL |

## STIPULATION

Pursuant to LCR 83.2(b)(1), the parties hereby stipulate and jointly request the Court to allow Carissa Bouwer, Gina Durham, Megan Michaels, and Jeffrey B. DeGroot and the law firm DLA Piper US LLP to withdraw as counsel for Plaintiff Verity Solutions Group, Inc. ("VSG"), to be replaced by Lynne Graybeal and William Rava and the law firm Perkins Coie LLP as new counsel of record for Plaintiff. Copies of all future papers and pleadings herein, except original process, shall be served upon the substituted counsel of record for Plaintiff.

A proposed Order accompanies this Stipulation. The Stipulation and proposed Order have been served on Plaintiff and Defendants, which approve the request to substitute counsel.

STIPULATION AND [REDACTED] ORDER RE
NOTICE OF WITHDRAWAL AND SUBSTITUTION
OF COUNSEL
(No. 2:18-cv-00235-MJP) –1
129912-7001/141783234.1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

DATED: November 1, 2018

**WITHDRAWING ATTORNEYS**

**DLA PIPER US LLP**

By: s/ Gina Durham
Carissa Bouwer, admitted pro hac vice
**DLA Piper US LLP**
400 Capital Mall, Suite 2400
Sacramento, CA 95814
Telephone: 916-930-3263
Email: Carissa.bouwer@dlapiper.com

Gina Durham, admitted pro hac vice
Megan Michaels, admitted pro hac vice
**DLA Piper US LLP**
555 Mission Street, Suite 2400
San Francisco, CA 94105
Telephone: 415-836-2500
Email: gina.durham@dlapiper.com
Megan.michaels@dlapiper.com

Jeffrey B. DeGroot, WSBA No. 46839
**DLA Piper US LLP**
701 Fifth Avenue, Suite 7000
Seattle, WA 98104-7044
Telephone: 206-839-4800
Email: Jeffrey.degroot@dlapiper.com

Attorneys for Plaintiff Verity Solutions Group, Inc.

STIPULATION AND [REDACTED] ORDER RE
NOTICE OF WITHDRAWAL AND SUBSTITUTION
OF COUNSEL
(No. 2:18-cv-00235-MJP) –2

129912-7001/141783234.1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

SUBSTITUTING ATTORNEYS

PERKINS COIE LLP

By: s/ William C. Rava
By: s/ Lynne E. Graybeal
Lynne E. Graybeal #13495
William C. Rava #29948
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: WRava@perkinscoie.com
LGraybeal@perkinscoie.com

Attorneys for Plaintiff Verity Solutions Group, Inc.

## ORDER

Pursuant to LCR 83.2(b)(1) and the Stipulation of the parties, the Court hereby ORDERS that:

1. The request of Carissa Bouwer, Gina Durham, Megan Michaels, and Jeffrey B. DeGroot and the law firm DLA Piper US LLP to withdraw as counsel for Plaintiff Verity Solutions Group, Inc. in this case is granted; and

2. Lynne Graybeal and William Rava and the law firm Perkins Coie LLP are hereby substituted as counsel of record for Plaintiff Verity Solutions Group, Inc.

Dated this 2nd day of November, 2018.

_____
Marsha J. Pechman
United States District Judge

STIPULATION AND ~~[REDACTED]~~ ORDER RE
NOTICE OF WITHDRAWAL AND SUBSTITUTION
OF COUNSEL
(No. 2:18-cv-00235-MJP) –3

129912-7001/141783234.1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

## CERTIFICATE OF SERVICE

I certify that on November 1, 2018, I electronically filed the foregoing STIPULATION AND ORDER RE NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following attorneys of record. I certify under penalty of perjury that the foregoing is true and correct.

DATED this 1st day of November, 2018.

                                        s/William C. Rava
                                        William C. Rava

STIPULATION AND [REDACTED] ORDER RE
NOTICE OF WITHDRAWAL AND SUBSTITUTION
OF COUNSEL
(No. 2:18-cv-00235-MJP) –4

129912-7001/141783234.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000