UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VERITY SOLUTIONS GROUP, INC.,<br><br>Plaintiff,<br><br>v.<br><br>HEALTHSTREAM, INC.,<br><br>Defendant. | CASE NO. C18-235 MJP<br><br>**AMENDED** ORDER ON MOTION TO EXTEND DEADLINES |

The above-entitled Court, having received and reviewed:

1. Plaintiff's Motion for Extension of Time (Dkt. No. 33),

2. Defendant's Response to Plaintiff's Motion for Extension of Time (Dkt. No. 35),

3. Plaintiff's Reply in Support of Motion for Extension of Time (Dkt. No. 37),

all attached declarations and exhibits, and following a phone conference with all parties, rules as follows:

IT IS ORDERED that the motion is PARTIALLY GRANTED and PARTIALLY DENIED: The trial date will be extended to **October 15, 2019**.

1    IT IS FURTHER ORDERED that the parties will submit an amended case schedule conforming to the extended trial date, and are reminded that the Court requires a period of 10 weeks between the noting date for the final dispositive motions and the trial date.

IT IS FURTHER ORDERED that the previously-entered Order on Motion to Extend Deadlines (Dkt. No. 39) is STRICKEN.

The clerk is ordered to provide copies of this order to all counsel.

Dated November 27, 2018.

*[signature]*

The Honorable Marsha J. Pechman
United States Senior District Court Judge