1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10   VERITY SOLUTIONS GROUP INC,        CASE NO. C18-235 MJP

11                  Plaintiff,          ORDER GRANTING STIPULATED
                                        MOTION
12          v.

13   HEALTHSTREAM INC,

14                  Defendant.

15

16          Having reviewed the Parties' Stipulated Order Adjusting Case the Case Schedule (Dkt.

17   No. 44.), the Court Grants the Motion.  The deadline for filing dispositive motions is now May

18   30, 2019; no other deadlines have changed.

19          The clerk is ordered to provide copies of this order to all counsel.

20          Dated April 29, 2019.

21

22                                      _____
                                        Marsha J. Pechman
23                                      United States District Judge

24